```
ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>EDDIE SHIELDS,<br><br>  Defendant | Case No.: CR 05 – 00797 MHP<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER MODIFYING BAIL CONDITIONS |

On February 28, 2006, this Court ordered defendant Eddie Shields released on $2 million bail ($500,000 secured) subject to electronic monitoring. This Court ordered that the defendant reside at his uncle Vernon Bagley's home, 315 Dick Smith Lane, Fortuna, CA, with his uncle as custodian. To date, Shields has complied with all release conditions.

The parties hereby stipulate that this Court should issue an order modifying Shield's release conditions to allow him to reside at 291 Dick Smith Lane, Fortuna, CA, his family home. His uncle lives two houses away from this family residence.

All other conditions of release, including but not limited to electronic monitoring, should remain the same.

Dated: May 2, 2006                  Respectfully Submitted,

                                    RAMSEY & EHRLICH LLP

                                    _____
                                    ISMAIL RAMSEY
                                    ATTORNEY FOR EDDIE SHIELDS


                                    KEVIN V. RYAN
                                    UNITED STATES ATTORNEY


                                    _____
                                    DAVID HALL
                                    ASSISTANT US ATTORNEY


GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:


                                    _____
                                    HON. MARIA ELENA JAMES
                                    US MAGISTRATE JUDGE

All other conditions of release, including but not limited to electronic monitoring, should remain the same.

Dated: May 2, 2006

Respectfully Submitted,

RAMSEY & EHRLICH LLP

ISMAIL RAMSEY
ATTORNEY FOR EDDIE SHIELDS

KEVIN V. RYAN
UNITED STATES ATTORNEY

DAVID HALL
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: May 9, 2006

HON. MARIA ELENA JAMES
US MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
- 2 -

TOTAL P.02