1  ISMAIL RAMSEY (CA BAR #189820)
   RAMSEY & EHRLICH LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  (510)548-3600
   (510)548-3601 (FAX)
4  izzy@ramsey-ehrlich.com

5  Attorney for Defendant Eddie Shields

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 05 - 00797 MHP |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| vs. ) | ORDER TO MODIFY BAIL CONDITIONS |
| EDDIE SHIELDS, ) | |
| Defendant ) | |

The defendant Eddie Shields and the government stipulate that this Court should enter an order modifying his bail conditions to remove him from electronic monitoring and place him on an automated curfew. The timing of the curfew shall be set at the discretion of Pre Trial Services.

Shields is currently released on bail and is subject to electronic monitoring in the above-entitled case. He resides at his home at 291 Dick Smith Lane, Fortuna, CA. Currently, the daily period which he is able to leave home is set at the discretion of PreTrial Services;

1  Defense counsel contacted PreTrial Services Officer Rich
2  Sharlatte, who has supervised Shields while he has been
3  released.  In order to establish a set, uniform daily curfew for
4  Shields to be allowed to leave his home, he recommends that
5  Shields be placed on automated curfew and removed from
6  electronic monitoring.
7  Accordingly, the defendant and the government stipulate
8  that this Court should enter an order modifying the defendant's
9  release conditions to remove him from electronic monitoring and
10 place him on an automated curfew, to be set at the discretion of
11 PreTrial Services.

13 Dated: July 31, 2006                 Respectfully Submitted,
14                                       RAMSEY & EHRLICH LLP
16                                          //S//
                                          ISMAIL RAMSEY
17                                        ATTORNEY FOR EDDIE SHIELDS

18                                        KEVIN V. RYAN
19                                        US ATTORNEY

21                                          //S//
                                          DAVID HALL
                                          ASSISTANT US ATTORNEY

23      GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.
24 Dated: August 11, 2006

IT IS SO ORDERED
Judge Maria-Elena James