ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorney for Defendant Eddie Shields

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05 – 00797 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS |
| vs. | |
| EDDIE SHIELDS, | |
| Defendant | |

    The defendant Eddie Shields and the government stipulate that this Court should enter an order modifying his bail conditions to allow defendant Shields to travel on vacation with his family to Reno, Nevada from 1/20/07 to 1/29/07.

    Shields is currently released on bail and resides at his home at 291 Dick Smith Lane, Fortuna, CA. His travel is currently restricted to the Northern District of California and subject to a curfew.

    Defense counsel has contacted Pretrial Services Officer Tim Elders, who has supervised Shields while he has been released. He does not object to Mr. Shields being

allowed to travel without a curfew to Reno, Nevada.  Mr. Shields has had no violations during the ten months in which he has been supervised.

Dated: 1/18/07

Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL RAMSEY
ATTORNEY FOR EDDIE SHIELDS

KEVIN V. RYAN
US ATTORNEY

//s//

KIRSTIN AULT
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.  This court orders that defendant Ed Shields' release conditions be modified to allow defendant Shields to travel on vacation with his family to Reno, Nevada from 1/20/07 to 1/29/07.

Dated: January 19, 2007

HON. MARIA ELENA JAMES
US MAGISTRATE JUDGE