Case 3:05-cr-00797-MHP   Document 127   Filed 05/11/07   Page 1 of 2

ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorney for Defendant Eddie Shields

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 05 – 00797 MHP |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO MODIFY BAIL CONDITIONS |
| vs. | ) |
| EDDIE SHIELDS, | ) |
| Defendant | ) |

The defendant Eddie Shields and the government stipulate that this Court should enter an order modifying his bail conditions to allow defendant Shields to travel to Redding, California, in the Eastern District of California, for the Safari Club International Redding Chapter Fund Raising dinner. He will be in Redding from May 12 to May 13, 2007.

Shields is currently released on bail and resides at his home at 291 Dick Smith

STIPULATION AND [PROPOSED] ORDER
- 1 -

1  Lane, Fortuna, CA. His travel is currently restricted to the Northern District of California
2  and subject to a curfew.
3  Dated:      May 10, 2007                    Respectfully Submitted,
4                                              RAMSEY & EHRLICH LLP
5
6  //s//
   ISMAIL RAMSEY
7  ATTORNEY FOR EDDIE SHIELDS
8
   SCOTT SCHOOLS
9  US ATTORNEY
10
11 //s//
   KIRSTIN AULT
   ASSISTANT US ATTORNEY
12
13      GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED. This court
14 orders that defendant Ed Shields' release conditions be modified to allow defendant to
15 travel to Redding, California from May 12 to May 13, 2007.
16 Dated:  May 11, 2007

IT IS SO ORDERED AS MODIFIED
Judge Maria-Elena James

HON. MARIA ELENA JAMES
US MAGISTRATE JUDGE