1  ISMAIL RAMSEY (CA BAR #189820)
   RAMSEY & EHRLICH LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  (510)548-3600
   (510)548-3601 (FAX)
4  izzy@ramsey-ehrlich.com

5  Attorney for Defendant Eddie Lane Shields

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA, ) Case No.: CR 05 00797 MHP
13 |         Plaintiff,         ) STIPULATED REQUEST TO RESET
   |                            ) TIME FOR SENTENCING AND
14 |    vs.                     ) [PROPOSED] ORDER
15 | EDDIE LANE SHIELDS,        )
16 |         Defendant          )

17

18     This matter is set for sentencing on Monday, November 5, 2007, at 9 a.m.
19 Currently, defense counsel is scheduled to appear before Judge Ware in San Jose for a
20 further case management conference on November 5, 2007, at 10 a.m., in a multi-
21 defendant shareholder derivative action, *In re KLA Tencor*, regarding allegations of
22 options-backdating. That multi-defendant case involves multiple plaintiff and defense
23 law firms. Defense counsel had been under the impression that settlement talks would
24 obviate the need for a court appearance in this matter. Now, it appears that all counsel
25 will be required to appear.
26     Additionally, elderly family members of the defendant in this case, who plan to
27 attend the hearing, are traveling from Fortuna, CA. A hearing held later in the day will

28                    STIPULATION AND [PROPOSED] ORDER

                              CR 05-00797 MHP

                                   -1-

allow them to attend the hearing without having to travel to San Francisco on the previous night or extremely early on the day of the hearing.

Accordingly, the defendant moves – and the government stipulates – this Court to enter an order resetting the time for the sentencing hearing in this matter to 2 p.m. on the same day, November 5, 2007.

The probation officer does not object to this request.

Dated:                                             Respectfully Submitted,

                                                   RAMSEY & EHRLICH LLP


                                                   //s//
                                                   ISMAIL RAMSEY


                                                   SCOTT N. SCHOOLS
                                                   UNITED STATES ATTORNEY


                                                   //s//
                                                   KIRSTIN AULT
                                                   ASSISTANT U.S. ATTORNEY


For good cause shown, the sentencing hearing currently set for 9 a.m. on November 5, 2007, is reset to 2 p.m. on November 5 ,2007.

IT IS SO ORDERED.

Dated:   November 2, 2007



IT IS SO ORDERED
Judge Marilyn H. Patel