1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION
11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05 00797 MHP |
| Plaintiff, | ~~[PROPOSED]~~ ORDER DENYING MODIFICATION OF ~~MODIFYING~~ CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL INTERNATIONALLY |
| vs. | |
| EDDIE LANE SHIELDS, | |
| Defendant | |

~~GOOD CAUSE HAVING BEEN SHOWN~~, this Court ~~orders~~ ✓ denies defendant's motion for an order that the conditions of ~~Defendant Eddie Lane Shields'~~ his supervised release be modified to allow international travel, at the discretion of Mr. Shield's supervising probation officer, provided that Mr. Shields obtains permission from the immigration authorities of the country to be visited before doing so. *

Dated: 7/28/2009

IT IS SO ORDERED
*/s/ Marilyn H. Patel*
Judge Marilyn H. Patel
HON. MARILYN H. PATEL
US District Court

\* Defendant shall make application on a case-by-case, country-by-country basis for international travel with reasons for such travel stated in a declaration submitted with the application.

[Proposed] Order

-1-